JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>RICHARD WILLS,<br><br>                    Defendant.<br>_____ | Case No. CV 09-08861 DDP (FFMx)<br><br>**ORDER REMOVING CASE FROM ACTIVE CASELOAD** |

IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court. This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: July 20, 2011

_____
DEAN D. PREGERSON
United States District Judge